# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADRON BEAL, | CV F   04 5399 OWW LJO P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF (Doc. 1.) |
| M.Y. SPARKMAN, LT., | |
| Defendants. | |

Thadron Beal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action March 9, 2004, alleging that Defendant Sparkman retaliated against him for assisting inmates to file administrative grievances by issuing a Rules Violation Report charging him with assault on an inmate. Plaintiff was found not guilty of the Rules Violation Report.

The Court has reviewed the complaint and finds that it states a cognizable retaliation claim against Defendant Lt. M.Y. Sparkman. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

LT. M.Y. SPARKMAN

2.     The Clerk of the Court shall send Plaintiff ONE USM-285 forms, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 9, 2004;

3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each Defendant listed above; and

    c.     TWO (2) copies of the endorsed complaint filed March 17, 2004.

4.     Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**    **August 2, 2005**             **/s/ Lawrence J. O'Neill**
b9ed48                                       UNITED STATES MAGISTRATE JUDGE