1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   THADRON BEAL,                          1:04-cv-05399-OWW-LJO-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 12)
13   vs.
                                   **ORDER DISMISSING CERTAIN**
14   M.Y. SPARKMAN, LT.,           **CLAIMS AND DEFENDANTS**

15              Defendants.
                                   /
16

17        Plaintiff, Thadron Beal ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On August 3, 2005, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty (30)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                    1

1   　In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.

6   　Accordingly, IT IS HEREBY ORDERED that:

7   　1.   The Findings and Recommendations, filed August 3, 2005,

8   are ADOPTED IN FULL;

9   　2.   Plaintiff's claims concerning California Code of

10  Regulation violations are DISMISSED; and,

11  　3.   This action proceed on plaintiff's retaliation claim

12  against defendant Sparkman.

13  　The case is referred back to the assigned Magistrate Judge

14  for further proceedings in accordance with this Order.

15

16

17  IT IS SO ORDERED.

18  **Dated:    September 26, 2005**              　 **/s/ Oliver W. Wanger**
    emm0d6                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2