IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THADRON BEAL,<br><br>            Plaintiff,<br><br>    v.<br><br>M. Y. SPARKMAN, LT.,<br><br>            Defendant. | CIV F-04-5399 OWW LJO P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |

Defendant's request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendant has until December 8, 2005, to file a responsive pleading.

IT IS SO ORDERED.

**Dated:    November 2, 2005**          /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE

Proposed Order

1